IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ZIMMERMAN AG & CATTLE COMPANY, LLC and RANDY NUNN, <br><br> Plaintiffs, <br><br> vs. <br><br> NAU COUNTRY INSURANCE COMPANY, <br><br> Defendant. | CV 18-5-BLG-SPW-TJC <br><br> **ORDER** |

Defendant moves for the admission of Steven D. Pattee to practice before this Court in this case with Paul C. Collins to act as local counsel.  Mr. Pattee's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Steven D. Pattee pro hac vice is GRANTED on the condition that Mr. Pattee shall do his own work.  This means that Mr. Pattee must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Pattee may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Pattee.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Pattee, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 22nd day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge