IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ZIMMERMAN AG & CATTLE COMPANY, LLC, and RANDY NUNN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>NAU COUNTRY INSURANCE COMPANY,<br><br>　　　　　Defendant. | CV 18-05-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT PRELIMINARY PRETRIAL CONFERENCE** |

Defendant has filed an unopposed motion for counsel to appear by telephone at the Preliminary Pretrial Conference. (Doc. 22.) That motion being unopposed,

IT IS ORDERED that Defendant's motion is **GRANTED**. Defendant's attorney Steven D. Pattee may appear by telephone at the October 25, 2018 Preliminary Pretrial Conference. Counsel shall follow the below steps to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555
3. Press #
4. State your name at the tone.

//

//

DATED this 10th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge