IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ZIMMERMAN AG & CATTLE COMPANY, LLC, and RANDY NUNN,<br><br>Plaintiffs,<br><br>vs.<br><br>NAU COUNTRY INSURANCE COMPANY<br><br>Defendant. | CV 18-05-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff's Note of Issue and Request for Trial Setting or Scheduling Conference. (Doc. 45.) This Court's Scheduling Order (Doc. 28 ¶ 2), provides the Court will schedule further matters "[a]fter the Motions Deadline and following disposition of any motions filed." Currently, Plaintiffs' Motion for Partial Summary Judgment (Doc. 31) is pending. Thus, a scheduling conference to schedule further matters will be set upon disposition of Plaintiff's motion.

Accordingly, **IT IS ORDERED** that Plaintiffs' Note of Issue and Request is **DENIED**.

DATED this 15th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge