W. Scott Green
Daniel L. Snedigar
Patten, Peterman, Bekkedahl & Green, PLLC
PO Box 1239
Billings, MT  59103-1239
Phone:  (406) 252-8500
Fax:     (406) 294-9500
Email:  sgreen@ppbglaw.com
            dsnedigar@ppbglaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| ZIMMERMAN AG & CATTLE COMPANY, LLC, and RANDY NUNN,<br><br>                    Plaintiffs,<br><br>-vs-<br><br>NAU COUNTRY INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 1:18-cv-00005-SP-TJC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective attorneys, that the above-entitled action may be and hereby is dismissed with prejudice, and without costs to any party; the Clerk of the above-named Court, upon the filing of this Stipulation, is hereby authorized to dismiss said action pursuant to the attached Exhibit A.

//

DATED this 13th day of March, 2020.

| | |
|---|---|
| PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC | DONNA LAW FIRM, P.C. |
| /s/ W. Scott Green | /s/Steven D. Pattee |
| W. Scott Green | Steven D. Pattee (Pro Hac Vice) |
| Daniel L. Snedigar | 7601 France Ave. South, Suite 350 |
| 2817 2nd Ave. N. Ste. 300 | Minneapolis, MN  55435 |
| Billings, MT  59101 | Telephone: (952) 562-2460 |
| Telephone: (406) 252-8500 | Facsimile: (952)562-2461 |
| Facsimile:  (406) 294-9500 | Email: spattee@donnalaw.com |
| Email: sgreen@ppgblaw.com | |
| Attorneys for Plaintiffs | and |
| | /s/Paul C. Collins |
| | CROWLEY FLECK, PLLP |
| | 490 North 31st Street |
| | Billings, MT  59101 |
| | Telephone: (406) 252-3441 |
| | Facsimile: (406) 256-8526 |
| | Email: pcollins@crowleyfleck.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2020, a copy of the foregoing was served on the following persons by the following means:

    __1, 2, 3__     CM/ECF

1. Clerk, U.S. District Court

2. Paul C. Collins
   Crowley Fleck PLLP
   pcollins@crowleyfleck.com

3. Steven D. Pattee
   Donna Law Firm, P.C.
   spattee@donnalaw.com

    /s/W. Scott Green
    W. Scott Green